**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC A. GOTHAN et al.,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| vs.  ) | 3:10-CV-00066-RCJ-RAM |
| ) | |
| WORLD SAVINGS BANK, FSB et al.,  ) | |
| ) | **ORDER** |
| Defendants.  ) | |
| _____  ) | |

This case arises out of the foreclosure of Plaintiffs' mortgage. Pending before the Court are six motions: (1) Plaintiffs' Motion to Remand (ECF No. 5); (2) Plaintiffs' Motion to Stay Pending Ruling on Motion for Remand (ECF No. 6); (3) Defendants' Motion to Dismiss (ECF No. 17); (4) Defendants' Motion to Dismiss (ECF No. 22); (5) Defendant's Motion to Dismiss (ECF No. 25); and (6) Plaintiffs' Motion to Amend Complaint (ECF No. 46).

This case has been transferred to the Hon. James A. Teilborg of the District of Arizona for pretrial proceedings as part of Multidistrict Litigation Case No. 2119. The Judicial Panel on Multidistrict Litigation has simultaneously separated and remanded all causes of action not related to the formation and operation of the MERS system, without further guidance. Judge Teilborg has periodically issued orders delineating which causes of action he views to have been remanded in particular cases. This Court has deferred to Judge Teilborg's orders in these matters in order to avoid

potentially conflicting rulings. In the present case, Judge Teilborg has not yet issued such an order, and the Court therefore lacks jurisdiction to rule on any of the causes of action. Accordingly,

## CONCLUSION

IT IS HEREBY ORDERED that the case is STAYED until it is remanded from MDL Case No. 2119 in full or in part. Upon remand, Plaintiffs shall file a copy of the remand order in this Court within two days, and the parties may then renew any applicable motions.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Remand (ECF No. 5), Plaintiffs' Motion to Stay Pending Ruling on Motion for Remand (ECF No. 6), Defendants' Motion to Dismiss (ECF No. 17), Defendants' Motion to Dismiss (ECF No. 22), Defendant's Motion to Dismiss (ECF No. 25) and Plaintiffs' Motion to Amend Complaint (ECF No. 46) are DENIED without prejudice.

IT IS FURTHER ORDERED that oral argument scheduled for Tuesday, September 7, 2010 at 9:00 A.M. in Reno Courtroom 6 before Judge Robert C. Jones is VACATED.

IT IS SO ORDERED.

DATED: This 23rd day of August, 2010.

_____
ROBERT C. JONES
United States District Judge